IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02338-BNB

JOHN A. CLAICE,

    Plaintiff,

v.

CSP and SCF DOC OF COLO. STAFF, and
ALL,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 18 2007

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Plaintiff, John A. Claice, is a prisoner in the custody of the Colorado Department of Corrections (DOC) who currently is incarcerated at the San Carlos Correctional Facility in Pueblo, Colorado. He attempted to initiate this action by submitting to the Court *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a document titled "Motion for Order of Protection." The Court reviewed the documents and determined they were deficient. Therefore, in an order filed on November 7, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Claice to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The November 7, 2007, order pointed out that Mr. Claice failed to submit either a certified copy of his trust fund account statement for the six-month period immediately proceeding this filing or a complaint. The order warned Mr. Claice that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed

without prejudice and without further notice. Mr. Claice has failed within the time allowed to cure the designated deficiencies or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute. It is

FURTHER ORDERED that the motions for leave to proceed pursuant to 28 U.S.C. § 1915 and for an order of protection are denied as moot.

DATED at Denver, Colorado, this 18 day of December, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02338-BNB

John Claice
Prisoner No. 105782
San Carlos Corr. Facility
PO Box 3
Pueblo, CO 81002

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/18/07

GREGORY C. LANGHAM, CLERK

By: /s/ Andrea

Deputy Clerk